# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BESHWATE, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, et al., <br><br> Defendants. | Case No. 1:17-cv-00417-SAB <br><br> ORDER RE STIPULATION TO CONTINUE DEFENDANT CARMAX AUTO SUPERSTORE CALIFORNIA, LLC'S MOTION TO DISMISS AND MOTION TO STRIKE <br><br> (ECF No. 18) |

On April 25, 2017, Defendant CarMax Auto Superstores California, LLC ("Defendant CarMax") filed a motion to dismiss and a motion to strike. (ECF Nos. 11, 12.) On May 10, 2017, the Court reset the hearings on the motion to dismiss and motion to strike for June 21, 2017, before the undersigned. (ECF No. 17.) On June 5, 2017, the Plaintiffs and Defendant CarMax filed a stipulation to continue the hearing date and briefing schedule on the motion to dismiss and motion to strike. (ECF No. 18.) Accordingly, IT IS HEREBY ORDERED that the hearings as to Defendant CarMax's motion to dismiss and motion to strike are CONTINUED from June 21, 2017, to August 16, 2017, at 10:00 a.m. before the undersigned in Courtroom 9, and the briefing schedule will be based on the new hearing date.

IT IS SO ORDERED.

Dated: **June 6, 2017**

UNITED STATES MAGISTRATE JUDGE

1