THE GILMAN LAW FIRM, APC
EMMETT GILMAN (SBN 196414)
MICHELE M. TUMAN (SBN 182852)
580 California Street, Suite 1663
San Francisco, CA 94104
Tel: (415) 599-2780
Fax: (415) 653-0153

Attorneys for Plaintiff, RICHARD ANTHONY BESHWATE, JR.
and BONNIE JOY BESHWATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BESHWATE, JR. and BONNIE JOY BESHWATE, each individually,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia Limited Liability Company; and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-00417-DAD-SAB<br><br>ORDER RE STIPULATION OF PARTIES RE: FILING FIRST AMENDED COMPLAINT IN LIEU OF OPPOSITION TO MOTIONS TO DISMISS AND STRIKE |

TO THE HONORABLE COURT:

Plaintiffs RICHARD ANTHONY BESHWATE, JR. and BONNIE JOY BESHWATE and Defendant CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, (the "Parties"), hereby stipulate and request as follows:

1

**STIPULATION OF THE PARTIES RE: FILING OF FIRST AMENDED COMPLAINT IN LIEU OF OPPOSITION TO MOTIONS TO DISMISS AND STRIKE**

1. WHEREAS, the Parties to the instant action have engaged in preliminary efforts to resolve the matter short of further litigation without success;
2. WHEREAS, Plaintiffs RICHARD ANTHONY BESHWATE, JR. and BONNIE JOY BESHWATE have agreed to prepare and file a First Amended Complaint in the instant action in response to Defendant CARMAX AUTO SUPERSTORES CALIFORNIA, LLC's claims as to the insufficiency and defects in the pleadings;
3. WHEREAS, Defendant CarMax Auto Superstores California, LLC agrees that its Motions to Dismiss and Strike shall be taken off calendar;
4. WHEREAS, Plaintiffs RICHARD ANTHONY BESHWATE, JR. and BONNIE JOY BESHWATE have requested Defendants provide initial document disclosures consisting of documents concerning Plaintiff's BMW vehicle in order to facilitate the preparation of the First Amended Complaint;
5. WHEREAS, Plaintiffs RICHARD ANTHONY BESHWATE, JR. and BONNIE JOY BESHWATE agree to file the First Amended Complaint by August 15, 2017; and
6. WHEREAS, if Plaintiffs RICHARD ANTHONY BESHWATE, JR. and BONNIE JOY BESHWATE fail to file the First Amended Complaint by August 15, 2017, Defendant CarMax Auto Superstores California, LLC may refile its Motions to Dismiss and Strike.

///
///
///
///
///
///

**STIPULATION OF THE PARTIES RE: FILING OF FIRST AMENDED COMPLAINT IN LIEU OF OPPOSITION TO MOTIONS TO DISMISS AND STRIKE**

IT IS SO STIPULATED.

Dated: July 31, 2017         SCHLICHTER & SHONACK, LLP

/s/ - Kurt A. Schlichter
By:  KURT A. SCHLICHTER
     KIM TABIN MANN
     KEVIN B. WHEELER
     Attorneys for Defendant CARMAX
     AUTO SUPERSTORES
     CALIFORNIA, LLC

IT IS SO STIPULATED.

Dated: July 31, 2017         LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ - Roger S. Raphael
By:  Roger S. Raphael
     Robert Farrell
     Attorneys for Defendant BMW OF
     NORTH AMERICA, LLC

IT IS SO STIPULATED.

Dated: July 31, 2017         THE GILMAN LAW FIRM APC

/s/ - Emmett Gilman
By: EMMETT GILMAN
     Attorneys for Plaintiffs RICHARD
     ANTHONY BESHWATE, JR. and
     BONNIE JOY BESHWATE

3

**STIPULATION OF THE PARTIES RE: FILING OF FIRST AMENDED COMPLAINT IN LIEU OF OPPOSITION TO MOTIONS TO DISMISS AND STRIKE**

# **ORDER**

Pursuant to the stipulation of the parties, IT IS ORDERED that:

1. Plaintiffs are granted leave to file a first amended complaint in lieu of opposition to Defendant's motions to dismiss and strike;
2. The Clerk of the Court is directed to terminate Defendant's motion to dismiss (ECF No. 11) and motion to strike (ECF No. 12);
3. The August 16, 2017 hearing for the motion to dismiss and motion to strike is vacated;
4. Plaintiffs shall file the first amended complaint by August 15, 2017; and
5. If Plaintiffs do not file the first amended complaint by August 15, 2017, Defendant CarMax Auto Superstores California, LLC may refile its motion to dismiss and motion to strike.

IT IS SO ORDERED.

Dated: **August 2, 2017**

UNITED STATES MAGISTRATE JUDGE

**STIPULATION OF THE PARTIES RE: FILING OF FIRST AMENDED COMPLAINT IN LIEU OF OPPOSITION TO MOTIONS TO DISMISS AND STRIKE**