# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BESHWATE, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, et al.,<br><br>Defendants. | Case No. 1:17-cv-00417-SAB<br><br>ORDER VACATING OCTOBER 4, 2017 HEARING |

Defendant CarMax filed a motion to dismiss and motion to strike on September 5, 2017. Plaintiffs filed an opposition on September 20, 2017. Defendant CarMax filed a reply on September 26, 2017.

The Court, having reviewed the record, finds these matters suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matters are taken under submission. The previously scheduled hearing set on October 4, 2017 a.m. is vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **October 3, 2017**

UNITED STATES MAGISTRATE JUDGE

1