# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BESHWATE, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, et al., <br><br> Defendants. | Case No. 1:17-cv-00417-SAB <br><br> ORDER RE STIPULATION TO AMEND SCHEDULING ORDER <br><br> (ECF No. 45) |

On January 12, 2018, the Court issued a scheduling order setting pretrial deadlines and the trial in this action. (ECF No. 44.) On July 17, 2018, the parties filed a stipulation to amend the deadlines for expert disclosures, supplemental expert disclosures, and expert discovery. (ECF No. 45.) The parties indicate that all other dates and deadlines in the January 12, 2018 scheduling order are to remain in place.[1]

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the January 12, 2018 scheduling order is amended as follows:

1. Expert Disclosure Deadline: July 31, 2018;
2. Supplemental Expert Disclosure Deadline: August 17, 2018;

---

[1] The Court notes that the parties did not stipulate to continue the dispositive motion filing deadline. The last day to file dispositive motions is August 10, 2018, and the hearing is to be set pursuant to the Local Rules. Therefore, it appears that the parties are not anticipating including information obtained during expert discovery in any dispositive motions.

1

3. Expert Discovery Deadline: September 12, 2018; and

4. All other dates and aspects of the January 12, 2018 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **July 17, 2018**

UNITED STATES MAGISTRATE JUDGE