# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BESHWATE, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, et al., <br><br> Defendants. | Case No. 1:17-cv-00417-SAB <br><br> ORDER REQUIRING DEFENDANT CARMAX OF NORTH AMERICA, LLC TO PROVIDE COPY OF DEPOSITIONS <br><br> SEVEN DAY DEADLINE |

On August 10, 2018, Defendant CarMax of North America, LLC ("Defendant") filed a motion for summary judgment. In support of the motion, Defendant included as exhibits portions of depositions. Rule 133 of the Local Rules of the Eastern District of California provides that counsel relying on a deposition shall ensure that a courtesy hard copy or electronic copy of the entire deposition so relied upon has been submitted to the Clerk for use in chambers. L.R. 133(j). The Court has not received a copy of the entire depositions relied upon in the motion for summary judgment.

Accordingly, within seven days from the date of entry of this order, Defendant CarMax shall provide the Court with an entire copy of any depositions relied on in the motion for summary judgment.

IT IS SO ORDERED.

Dated: **August 27, 2018**

UNITED STATES MAGISTRATE JUDGE

1