UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BESHWATE, JR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, et al., <br><br> Defendants. | Case No.: 1:17-cv-00417-DAD-SAB <br><br> ORDER RE STIPULATION TO CONTINUE HEARING DATE AND REVISE BRIEFING SCHEDULE REGARDING DEFENDANT CARMAX'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND AMEND EXPERT DISCOVERY DEADLINE <br><br> (ECF No. 49) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant Carmax's Motion for Summary Judgment is CONTINUED from September 19, 2018 is continued to October 3, 2018, at 10:00 a.m.;
2. The briefing schedule for the motion shall be based on the new, continued hearing date; and
3. The expert discovery deadline is CONTINUED to October 10, 2018.

IT IS SO ORDERED.

Dated: **August 31, 2018**

UNITED STATES MAGISTRATE JUDGE

1