UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BESHWATE, JR. and BONNIE JOY BESHWATE, each individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia Limited Liability Company; and DOES 1-500, inclusive,<br><br>    Defendants. | Case No.: 1:17-v-00417 -SAB<br><br>ORDER GRANTING IN PART STIPULATION OF PARTIES RE: CONTINUANCE OF HEARING DATE AND REVISED BRIEFING SCHEDULE<br><br>(ECF No. 51) |

    The Court has read and considered the stipulation of the parties to continue the hearing on Defendant's motion for summary judgment and amend the scheduling order. The Court finds good cause to grant the request in part. However, the schedule provided by the parties does allow sufficient time between the pretrial conference and the trial of this matter. For that reason, the Court will not move the pretrial conference to the date requested by the parties.

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The hearing date for Defendant Carmax's Motion for Summary Judgment presently scheduled for October 3, 2018 is CONTINUED to October 24, 2018, at 10:00 a.m. in Courtroom 9;
2. The briefing schedule for CarMax's Motion shall be based on the new, continued hearing date;
3. The expert discovery deadline is continued to October 24, 2018; and
4. The Pre-Trial Conference shall be continued to November 2, 2018, at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **September 14, 2018**

UNITED STATES MAGISTRATE JUDGE