# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BESHWATE, JR., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BMW OF NORTH AMERICA, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00417-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 53)<br><br>THIRTY DAY DEADLINE |

On October 5, 2018, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **October 9, 2018**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1