# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY BESHWATE, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, et al., <br><br> Defendants. | Case No. 1:17-cv-00417-SAB <br><br> ORDER GRANTING REQUEST FOR CONTINUANCE OF DEADLINE TO FILE DISPOSITIVE DOCUMENTS <br><br> (ECF No. 55) <br><br> DEADLINE: DECEMBER 14, 2018 |

On October 5, 2018, the parties filed a notice of settlement and were ordered to file dispositional documents within thirty days of October 9, 2018. (ECF Nos. 53, 54.) On November 2, 2018, the parties filed a stipulation to extend the deadline to file dispositive documents. Accordingly, IT IS HEREBY ORDERED that the request for a continuance is GRANTED and dispositive documents shall be filed on or before December 14, 2018.

IT IS SO ORDERED.

Dated: **November 5, 2018**

UNITED STATES MAGISTRATE JUDGE

1